# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02322-GPG

TERRY SORENSEN,

    Plaintiff,

v.

JERRY ROARK, Warden Bent County
MAUREEN SHERIDAN,
ROBERT SHEPARD,
DONNY BRITTON,
DONALD TRUJILLO,
MARK FAIRBAIRN, Warden Arkansas Valley,
SHANE COREY, and
OMAR MENDOZA,
In their individual and official capacities as employees of the Colorado Department of Corrections

    Defendants.

---

## ORDER DRAWING CASE

---

    Plaintiff, Terry Sorensen, though counsel, has filed a Complaint and Jury Demand (ECF No. 1) and has paid the filing fee. The Court has conducted a review of this matter pursuant to D.C.COLO.LCivR 8.1(b) and 28 U.S.C. § 1915A because Plaintiff is a prisoner and seeks redress from a governmental entity or officer or employee of a governmental entity. The Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge. See D.C.COLO.LCivR 8.1(c); D.C.COLO.LCivR 40.1. Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge.

    DATED September 13, 2022.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge