IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–02322–NYW–MDB

TERRY SORENSON,

    Plaintiff,

v.

JERRY ROARK, Warden Bent County,
MAUREEN SHERIDAN,
ROBERT SHEPARD,
DONNY BRITTON,
DONALD TRUJILLO,
MARK FAIRBAIRN, Warden Arkansas Valley,
SHANE COREY, and
OMAR MENDOZA, in their individual and official capacities as employees of the Colorado Department of Corrections,

    Defendants.

## ORDER OF RECUSAL

Section 455(a) of Title 28 of the United States Code states that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A federal judge must recuse when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Upon review of the file of this case, I conclude that I must recuse myself from further service in this matter, due to my previous relationship with the Defendant's employer.

Accordingly, it is

**ORDERED** that I **RECUSE** myself from this case, pursuant to 28 U.S.C. § 455(a). It is further

**ORDERED** that the Clerk of Court shall cause this case to be reassigned to another Magistrate Judge.

Dated this 21st day of September, 2022.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge